E-FILED  2026 JAN 08 10:38 AM POLK - CLERK OF DISTRICT COURT

# IN THE IOWA DISTRICT COURT OF IOWA IN AND FOR POLK COUNTY

|  |  |
|---|---|
| MICHELLE PARKS,<br>      Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br>      Defendant. | Case No. CI 25-_____<br><br>PETITION AT LAW AND JURY DEMAND |

COMES NOW Plaintiff, MICHELLE PARKS and for her cause of action against Defendant, Target Corporation, states and alleges as follows:

1. At all times material hereto, Plaintiff was a resident of the State of Iowa;

2. At all times material hereto, Defendant, Target Corporation, was a foreign corporation organized in the State of Minnesota, which conducts retail business in Polk County, Altoona, Iowa, and maintains an office address in Des Moines, Iowa;

3. At all material times hereto, Defendant was responsible for maintaining the property of its retail business located at 3414 8th Street SW, Altoona, Polk County, Iowa 50009 ("The Property").

4. On or about February 19, 2023, Plaintiff, Michelle Parks, stepped onto a wet floor located inside The Property, which was controlled and maintained by Defendant, and in the process of doing so, slipped and fell on a wet substance that had accumulated on the floor.

1

**EXHIBIT**

**A**

E-FILED  2026 JAN 08 10:38 AM POLK - CLERK OF DISTRICT COURT

5. Plaintiff's fall was directly and proximately caused by the negligence of the Defendant.

6. Defendant, by and through their agents and/or employees, were negligent in each and all of the following:

   a. In allowing the wet substance to accumulate and collect in a manner which Defendant knew, or should have known, created and unsafe and dangerous condition;

   b. In failing to make reasonable inspection of the property to determine if it was unsafe for pedestrian travel;

   c. In failing to properly and promptly remove the accumulation of liquid or wetness;

   d. In failing to maintain a safe passageway for Plaintiff and others;

   e. In failing to warn Plaintiff and others of the wet surface;

   f. In failing to have safeguards in place, such as carpet, rugs or runners; and/or

   g. In having an unreasonably slippery surface located in a high traffic area of The Property.

## DAMAGES

7. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered injuries to her person;

8. As a direct and proximate result of Defendant's negligence, Plaintiff has sustained past and future mental and physical pain from suffering, disability, impairment, inconvenience, and loss of enjoyment of life.

9. The above injuries have caused Plaintiff:

   a. Medical and rehabilitative expenses in the amount of $197,577.96 to date;

   b. Future medical expenses;

   c. Permanent disability which will include a lessened ability to enjoy the amenities; and

E-FILED  2026 JAN 08 10:38 AM POLK - CLERK OF DISTRICT COURT

    d.  Physical pain, emotional distress, and inconvenience and mental suffering, past, present, and future.

WHEREFORE, Plaintiff prays for Judgment against Defendant for Plaintiff's special damages, plus an additional amount for future special damages; general damages; interest as allowed by law; costs of this action; attorney's fees as allowed by law; and for such other and further relief as the Court deems just and equitable.

## JURY DEMAND

COMES NOW the Plaintiff, by and through her attorneys, and hereby requests a trial by jury on all issues involved herein.

DATED this 23rd day of December, 2025.

MICHELLE PARKS, Plaintiff

By:  /s/Sean M. Conway
    Sean M. Conway, AT0009873
    Natalie M. Andrews
    Chandler | Conway, PC LLO
    1018 Dodge Street, Suite 5
    Omaha, Nebraska 68102
    Phone: 402-933-6858
    Fax:  866-929-7939
    sean@chandlerconway.com
    natalie@chandlerconway.com
    Attorneys for Plaintiff

E-FILED  2026 JAN 08 10:38 AM POLK - CLERK OF DISTRICT COURT

# VERIFICATION

State of Iowa

ss

County of ___Marion___

    I, Michelle Parks, being first duly sworn on oath depose and state that I am the Plaintiff in the above-entitled action; that I have read the statements contained in the foregoing Petition and Jury Demand, and the statements and allegations contained therein are true and correct as I verily believe.

_Michelle Parks_

Michelle Parks

    Subscribed and sworn to before me on this 26 day of December 2025.

```
VICTORIA KENNEY
Notarial Seal - Iowa
Commission Number 808084
My Commission Expires Dec 22, 2026
```

_Victoria Kenney_

Notary Public

4